**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARY McKEE,

Plaintiff,

v.

CATHOLIC CHARITIES AGENCY, And ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES,

Defendants.

Civil No. 00-522 (JRT/FLN)

**ORDER REJECTING REPORT AND RECOMMENDATION OF MAGISRATE JUDGE**

---

On March 16, 2000, United States Magistrate Judge Franklin L. Noel issued a Report and Recommendation recommending that plaintiff's motion to proceed *in forma pauperis* be denied and that this matter be dismissed on the ground that plaintiff's pro se complaint fails to state any claim on which relief may be granted. On March 27, 2000, plaintiff filed two separate documents with this Court entitled "Complaint." The Court construes plaintiff's submissions, collectively, as a Complaint and motion to amend the Complaint in response to the Magistrate Judge's Report and Recommendation. In light of these new submissions, the Court refers this matter to the Magistrate Judge for a determination of plaintiff's motion to amend the complaint. The Court further remands this matter for reconsideration of plaintiff's motion to proceed *in forma pauperis* in light of the proposed amendments.

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based on the foregoing, and all of the files, records and proceedings herein, the Court **REJECTS** the Magistrate Judges' Report and Recommendation [Docket No. 3]. Accordingly, **IT IS HEREBY ORDERED** that this matter is **REFERRED** to the Magistrate Judge for determination of plaintiff's motion to amend the complaint [Docket Nos. 4 and 5], and **REMANED** to the Magistrate Judge for reconsideration of plaintiff's motion to proceed informa pauperis and for further proceedings consistent with this opinion.

Dated: April 19, 2000.

JOHN R. TUNHEIM
United States District Judge